■ In the Matter of LEE G. (ANONYMOUS), Appellant.— In a proceeding pursuant to article 7 of the Family Court Act, the appeal is from an order of the Family Court, Kings County, entered July 15, 1974, which, upon a prior determination that appellant was a juvenile delinquent, committed him to a New York State training school (Division for Youth, Title III). Order

reversed, on the law, without costs, and proceeding remitted to the Family Court for *de novo* proceedings. The appeal presented no questions of fact. The record does not disclose that appellant was advised of his right to remain silent at the commencement of the fact-finding hearing (Family Ct. Act, § 741) or that he was questioned by the trial court as to any of the facts alleged in the petition. Martuscello, Acting P. J., Latham, Cohalan, Brennan and Munder, JJ., concur.